UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br> Plaintiff,  )<br> )<br>V.  )<br> )<br>BRIAN KEITH CRIM and BRANDY  )<br>LARAYE CRIM,  )<br> )<br> Defendants.  ) | Criminal Action No. 5: 21-113-DCR<br><br>**FINAL ORDER<br>OF FORFEITURE** |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is pending for consideration of the United States' Motion for a Final Decree and Order of Forfeiture. [Record No. 52] As outlined in the government's motion, on May 20, 2022, this Court entered a Preliminary Judgment of Forfeiture pursuant to 18 U.S.C. § 2253. [Record No. 34] Further, notice of the United States' intention to dispose of the seized property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on an official government internet website for thirty consecutive days beginning May 21, 2022. No claim was made. [Record No. 52-2]

Accordingly, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.    The United States' motion [Record No. 52] is **GRANTED**.

2.    The below-listed property is forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party:

**COMPUTERS AND ASSOCIATED EQUIPMENT**:

1. Samsung cell phone, Model SM-J337V, Serial Number R28K80Q7FHM;
2. Motorola cell phone, Model XT1921-6, Serial Number ZY3236VSZP;
3. Samsung cell phone, Model SM-Al02U, IMEI Number 353339112864199;
4. LG cell phone, Model LG-H700, Serial Number 705KPUU091662; and
5. All software and peripherals which are contained on or associated with the listed equipment.

3. The Bureau of Immigration and Customs Enforcement, or an agency of the United States, is directed to seize forthwith the forfeited property and dispose of it in accordance with the law.

4. The Bureau of Immigration and Customs Enforcement, or an agency of the United States, is directed to deposit the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, into the Department of the Treasury Asset Forfeiture Fund in accordance with 31 U.S.C. § 9703(o).

Dated: July 28, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky